IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

LORI BOWEN,
            Plaintiff,

-v-

COMMISSIONER OF
SOCIAL SECURITY,
            Defendant.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUL 18 AM 11:05

2:23-CV-00667-cr

## CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Bryden F. Dow, Esq., attorney for Plaintiff, and Nikolas P. Kerest, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of SEVEN THOUSAND FIVE HUNDRED and ZERO CENTS ($7,500.00) for EAJA fees and the Court having reviewed the record;

IT IS on this 18th day of July, 2024; ORDERED that Plaintiff be allowed an EAJA fee in the amount of SEVEN THOUSAND FIVE HUNDRED and ZERO CENTS ($7,500.00). If Plaintiff owes no debt to the government, an award of attorney's fees in the amount of $7,500.00 may be made payable to Plaintiff's attorney, as assignee of Plaintiff. If Plaintiff owes a debt to the government that is less than $7,500.00, an award of attorney's fees in the remaining amount may be made payable to Plaintiff and mailed to Plaintiff's attorney.

Dated: 7/18/24

Honorable Christina Reiss
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

|  |  |
|---|---|
| NIKOLAS P. KEREST<br>United States Attorney | Bryden F. Dow, Esq.<br>Attorney for Plaintiff |

BY: */s/ Vernon Norwood*
VERNON NORWOOD
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
(212) 264-9471
vernon.norwood@ssa.gov

BY: */s/*   Bryden F. Dow
BRYDEN DOW, Esq.
1353 Teer Road
West Rutland, Vermont 05777
(802) 438-0068
BFDow@aol.com